FILED
CLERK, U.S. DISTRICT COURT

JAN - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GENTEC ENTERPRISES, INC. dba WESTERN PACIFIC TELECOMMUNICATIONS, a California corporation,

     Plaintiff,

vs.

TRANSISTOR DEVICES, INC., a New Jersey corporation; DOES 1 through 50, inclusive,

     Defendant

CASE NO. 2:10-CV-07057-GAF (SHx)

[PROPOSED] JUDGMENT

The parties having stipulated to arbitrate all the claims they have made against one another in this case, the arbitrator having issued a final award resolving all of the claims made by the parties, the parties having stipulated to confirmation of the arbitrator's award, the Court having ordered that the award be confirmed, and good cause appearing therefor:

It is hereby ordered that judgment be entered for Plaintiff and against Defendant in the amount of Six hundred seven thousand six hundred and eighteen dollars and twelve cents ($607,618.12), which includes all costs of suit and prejudgment interest through December 20, 2013.

IT IS SO ORDERED

Dated

United States District Judge

[PROPOSED] JUDGMENT

Dated: _____                    _____
                                            United States District Judge


Presented By


_____
David C. Wheeler (SBN 78561)

Attorney for Defendant/Counterclaimant
Transistor Devices, Inc.


_____
Roy Jimenez (SBN 192089)

Attorney for Plaintiff/Claimant
Gentec Enterprises, Inc. dba Western
Pacific Telecommunications


[PROPOSED] JUDGMENT